UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QURIO HOLDINGS, INC.,

    Plaintiff,

v.

DISH NETWORK CORPORATION, et al.,

    Defendants.

Case No. 15-cv-00930-HSG

**ORDER TO SHOW CAUSE**

On April 29, 2015, Judge Lee of the Northern District of Illinois denied Plaintiff Qurio Holdings, Inc.'s motion to transfer venue of its lawsuit against Defendant DIRECTV, LLC to the Eastern District of North Carolina and granted DIRECTV's motion to transfer venue to the Northern District of California. *See Qurio Holdings, Inc. v. DIRECTV, LLC*, No. 14-cv-07502, Dkt. 72 (N.D. Ill. Apr. 29, 2015). Currently pending in this Court is a similar motion by Plaintiff to transfer venue of this lawsuit against Defendant DISH Network Corp. to the Eastern District of North Carolina. *See* Dkt. 46. Defendant opposes the motion. *See* Dkt. 55. The patents at issue in Plaintiff's lawsuit in this Court are identical to those at issue in Plaintiff's lawsuit against DIRECTV. *See Qurio Holdings*, No. 14-cv-07502, Dkt. 72, at 1.

Plaintiff is directed to file a supplemental brief of no more than five pages by May 15, 2015 showing cause why its motion to transfer venue should not be denied in light of the Northern District of Illinois's Order in the DIRECTV case.

**IT IS SO ORDERED.**

Dated: 5/4/2015

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge