UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QURIO HOLDINGS, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>DISH NETWORK CORPORATION, et al.,<br>　　　　　Defendants. | Case No.  15-cv-00930-HSG<br><br>**ORDER RE DISCOVERY DISPUTE AND CASE SCHEDULE**<br><br>Re: Dkt. No. 82 |

A case management conference was held on June 4, 2015.  The Court directed the parties to meet and confer in a good faith attempt to resolve their scheduling and discovery disputes.  On June 12, 2015, the parties filed a revised proposed schedule, on which they fully agree.  Dkt. No. 81.  Also on June 12, 2015, the parties filed a joint discovery letter brief addressing the proposed two-stage reduction of asserted claims and corresponding prior art combinations and references, which is the only outstanding discovery dispute.  Dkt. No. 82.

Having reviewed the parties' joint discovery letter brief and considered the arguments therein, the Court within its discretion finds it appropriate to limit the number of asserted claims and prior art as follows:

- Initial Reduction.  By October 14, 2015, Plaintiff Qurio Holdings, Inc. will elect up to 30 claims from the patents-in-suit, with no per-patent limitation on the number of claims that may be elected.  By October 28, 2015, Defendant DISH Network LLC will narrow its asserted prior art to no more than 30 combinations and no more than 42 references total.

The Court will determine the specific parameters of the second reduction of asserted claims and prior art following the issuance of a claim construction order in this case.

The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Deadline to Complete Patent L.R. 3-1 Disclosures & Patent L.R. 3-2 Production | June 18, 2015 |
| Deadline to Complete Patent L.R. 3-3 Disclosures & Patent L.R. 3-4 Production | August 3, 2015 |
| Deadline to Amend Pleadings | October 1, 2015 |
| Deadline for Patent L.R. 4-1(a) Exchange of Proposed Terms for Construction | August 24, 2015 |
| Deadline for Patent L.R. 4-2(a), (b) Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 21, 2015 |
| Deadline for Initial Reduction of Asserted Claims | October 14, 2015 |
| Deadline to File Joint Claim Construction Statement | October 21, 2015 |
| Initial Reduction of Asserted Prior Art | October 28, 2015 |
| Close of Claim Construction Discovery | November 20, 2015 |
| Deadline for Plaintiff to File Opening Claim Construction Brief | December 7, 2015 |
| Deadline for Defendants to File Responsive Claim Construction Brief | December 21, 2015 |
| Deadline for Plaintiff to File Reply Claim Construction Brief | January 4, 2016 |
| Tutorial | Wednesday, January 27, 2016<br>2:30 p.m.<br>1.5 hours |
| Claim Construction Hearing | Wednesday, February 3, 2016<br>1:00 p.m.<br>3 hours |

The parties shall meet and confer and submit a joint proposal regarding the second reduction of asserted claims and prior art and the remainder of the case schedule within seven days of the issuance of the claim construction order.

**IT IS SO ORDERED.**

Dated:  7/8/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2