UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QURIO HOLDINGS, INC.,<br>　　　Plaintiff,<br>　　v.<br>DISH NETWORK CORPORATION, et al.,<br>　　　Defendants. | Case No. 15-cv-00930-HSG<br><br>**ORDER GRANTING STIPULATION REGARDING STAY PENDING RESOLUTION OF IPR PROCEEDINGS**<br><br>Re: Dkt. No. 96 |
| QURIO HOLDINGS, INC.,<br>　　　Plaintiff,<br>　　v.<br>DIRECTV LLC,<br>　　　Defendant. | Case No. 15-cv-01986-HSG<br><br><br>Re: Dkt. No. 118 |

On October 30, 2015, the parties in these related cases filed a stipulation regarding a stay of the litigation pending resolution of *inter partes* review ("IPR") proceedings. Case No. 15-cv-00930-HSG, Dkt. No. 96; Case No. 15-cv-01986-HSG, Dkt. No. 118. Petitions for IPR of all three of the patents at issue in these cases have been filed with the Patent Trial and Appeal Board ("PTAB"), and a decision on institution of IPR is expected from the PTAB by April 2, 2016. *Id.* The parties agree that the case should be stayed in its entirety until all IPR proceedings are complete. *Id.*

//

//

//

//

The Court GRANTS IN PART the parties' stipulation and STAYS the cases until a decision on institution of IPR is made. The Court orders the parties to file a joint status report within five days of the issuance of the PTAB's decision on whether to institute IPR of the patents-in-suit, informing the Court of the PTAB's decision. After a decision has been made on all of the IPR petitions, the Court will issue an order addressing further proceedings in these cases.

**IT IS SO ORDERED.**

Dated: November 3, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge