UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QURIO HOLDINGS, INC.,<br>    Plaintiff,<br>    v.<br>DISH NETWORK CORPORATION, et al.,<br>    Defendants. | Case No. 15-cv-00930-HSG<br><br>**ORDER STAYING CASES PENDING RESOLUTION OF IPR PROCEEDINGS**<br><br>Re: Dkt. No. 99 |
| QURIO HOLDINGS, INC.,<br>    Plaintiff,<br>    v.<br>DIRECTV LLC,<br>    Defendant. | Case No. 15-cv-01986-HSG<br><br>Re: Dkt. No. 122 |

On October 30, 2015, the parties in these related cases filed a stipulation requesting to stay the litigation pending resolution of *inter partes* review ("IPR") proceedings. Case No. 15-cv-00930-HSG, Dkt. No. 96; Case No. 15-cv-01986-HSG, Dkt. No. 118. Petitions for IPR of all three of the patents at issue in these cases were filed with the Patent Trial and Appeal Board ("PTAB"), and a decision on institution of IPR was expected from PTAB by April 2, 2016. *Id.* The parties requested that the litigation be stayed in its entirety until all IPR proceedings were complete. *Id.* On November 3, 2015, the Court granted in part the parties' stipulation and stayed the cases pending PTAB's decision on institution of IPR. Case No. 15-cv-00930-HSG, Dkt. No. 97; Case No. 15-cv-01986-HSG, Dkt. No. 120. The Court directed the parties to file a joint status report informing the Court of PTAB's decision on the institution of IPR within five days of that decision. *Id.*

1  The Court has received the parties' joint statement confirming that PTAB has instituted
2  IPR proceedings as to the majority of the claims at issue in this litigation. Case No. 15-cv-00930-
3  HSG, Dkt. No. 99; Case No. 15-cv-01986-HSG, Dkt. No. 122. The Court agrees that a stay of
4  these cases is warranted pending final resolution of those proceedings, and ORDERS both cases
5  stayed. The parties shall file a brief joint status report regarding the IPR proceedings on August 1,
6  2016, and every 90 days thereafter, unless otherwise directed. The parties also shall file a joint
7  status report within five days of the issuance of PTAB's final written decision.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2