# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| QURIO HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK L.L.C. <br><br> Defendants. | Case No. 3:15-CV-00930-HSG <br><br> **ORDER GRANTING DISH NETWORK L.L.C.'S UNOPPOSED MOTION TO WITHDRAW** |

Defendant DISH Network L.L.C. moves the Court to permit Alali Dagogo-Jack to withdraw as its counsel in this case. Having considered the motion, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: August 15, 2016

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DISH NETWORK
L.L.C'S UNOPPOSED MOTION TO WITHDRAW                    Case No. 3:15-CV-00930-HSG