SHARTSIS FRIESE LLP
RICHARD F. MUNZINGER (Bar #217902)
rmunzinger@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Kirk Vander Leest, Esq. (Pro Hac Vice)
James P. Murphy, Esq. (Pro Hac Vice)
Rajendra A. Chiplunkar, Esq. (Pro Hac Vice)
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Plaintiff
QURIO HOLDINGS, INC.

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QURIO HOLDINGS, INC.,<br><br>              Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>DISH NETWORK L.L.C.,<br><br>              Defendant and Counterclaim plaintiff. | Case No. 3:15-cv-00930-HSG<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION OF DISMISSAL                           CASE NO. 3:15-cv-00930-HSG
WITH PREJUDICE

WHEREAS, Qurio Holdings, Inc. ("Plaintiff" or "Qurio") commenced the present action against Defendants, DISH NETWORK L.L.C. et al., ("DISH") alleging infringement of U.S. Patent Nos. 7,787,904, 8,102,863 and 8,879,567, collectively hereinafter, the patents-in-suit; and DISH has denied any infringement of the patents-in-suit and has alleged that the patents-in-suit are invalid.

WHEREAS the parties agree that this action should now be dismissed;

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action with prejudice.

2. Each party will bear its own costs and attorneys' fees.

Accordingly, the Parties request that the Clerk of Court now close this case.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal With Prejudice.

Respectfully submitted

DATED: October 5, 2016

*/s/   Kirk Vander Leest*
**SHARTSIS FRIESE LLP**
RICHARD F. MUNZINGER (Bar #217902)
rmunzinger@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Kirk Vander Leest, Esq. *(Pro Hac Vice)*
James P. Murphy, Esq. *(Pro Hac Vice)*
Rajendra A. Chiplunkar, Esq. *(Pro Hac Vice)*
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Plaintiff
QURIO HOLDINGS, INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: October 5, 2016 | /s/ G. Hopkins Guy III |
| | | G. Hopkins Guy III, Bar No. 211082 |
| | | BAKER BOTTS L.L.P. |
| 4 | | 1001 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 5 | | Telephone: (650) 739-7500 |
| | | Email: hop.guy@bakerbotts.com |

DATED: October 5, 2016

/s/ G. Hopkins Guy III
G. Hopkins Guy III, Bar No. 211082
BAKER BOTTS L.L.P.
1001 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 739-7500
Email: hop.guy@bakerbotts.com

Ali Dhanai *(Pro Hac Vice)*
Michael R. Sherby *Pro Hac Vice)*
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1234
Email: ali.dhanani@baker botts.com

Jamie R. Lynn *(Pro Hac Vice)*
BAKER BOTTS L.L.P.
1299 Pennyslvania Ave. NW
Washington, D 20004
Telephone: (202) 639-7700
Email: Jamie.lynn@bakerbotts.com

Attorneys for Defendant
DISH NETWORK L.L.C.

JOINT STIPULATION OF DISMISSAL   2   CASE NO. 3:15-cv-00930-HSG
WITH PREJUDICE

I, Kirk Vander Leest, the filer attest that concurrence from DISH NETWORK L.L.C.'s outside counsel in the filing of this document has been obtained.

*/s/ Kirk Vander Leest*
**SHARTSIS FRIESE LLP**
RICHARD F. MUNZINGER (Bar #217902)
rmunzinger@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Kirk Vander Leest, Esq. *(Pro Hac Vice)*
James P. Murphy, Esq. *(Pro Hac Vice)*
Rajendra A. Chiplunkar, Esq. *(Pro Hac Vice)*
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Plaintiff
QURIO HOLDINGS, INC.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE        3        CASE NO. 3:15-cv-00930-HSG

# **ORDER**

PURSUANT TO STIPULATION, and good cause showing, the Court orders as follows:

1. The action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).
2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED this 5th day of October, 2016.

Haywood S. Gilliam Jr.
United States District Judge

JOINT STIPULATION OF DISMISSAL          4          CASE NO. 3:15-cv-00930-HSG
WITH PREJUDICE